# EXHIBIT A

**Yale Medicine**
PEDIATRIC ENDOCRINOLOGY & DIABETES

YaleNewHavenHealth
Yale New Haven Children's Hospital

BU ID # 428935

RE: Ivan Vorobyev ( )

To Whom It May Concern:

Ivan Vorobyev is followed in our clinic for his Type 1 diabetes. Ivan was last seen in our office on April 6, 2018. We are writing to request that certain accommodations be in place for Ivan so that he may be as successful as possible with his academic endeavors at your institution.

Diabetes is a complicated condition which requires lifelong administration of insulin, consistent meal planning utilizing carbohydrate counting and frequent monitoring of blood glucose levels in order to maintain optimal blood glucose control. Optimal control is essential in order to prevent the development of long-term complications such as blindness, kidney failure and nerve damage, which may lead to amputations. Additionally, high blood sugar levels have been shown to significantly increase the risk of heart attacks and strokes.

Acute complications of diabetes include difficulties with low and high blood sugar levels. Low blood sugar levels require prompt recognition and treatment with a rapid acting source of glucose so that the condition will not worsen and potentially lead to seizure or unconsciousness. During the time of a low blood sugar reaction, concentration and cognition may be affected. High blood sugar levels also require prompt treatment with insulin and more frequent blood glucose monitoring so that levels do not continue to rise. Sustained high blood sugar levels may affect concentration and if untreated, can lead to nausea and vomiting and more serious complications such as ketosis and if left untreated life threatening diabetic ketoacidosis (DKA).

Ivan currently manages his diabetes with frequent blood glucose monitoring, carbohydrate counting and an insulin injections. He is very sensitive to fluctuations in his blood glucose levels and has developed the skills to manage his diabetes quite well. However, as one cannot predict when the acute complications of diabetes may occur, he will require some specific accommodations in order to balance his diabetes care with the rigors of college life. I have listed the suggested accommodations below.

- Absences from class: As it is difficult to predict when a low BG or high BG reaction may occur, we ask that Ivan not be penalized academically for absences due to BG issues or medical appointments and that his professors should provide Ivan with assistance in making up assignments.
- Ivan should not be required to take tests when his academic performance would be impaired because of diabetes. As noted previously, significant low or high blood glucose levels may affect cognition and thus Ivan's performance on tests when his blood glucose is well out of the normal range of 70-300mg/dl may not reflect his true

RE: Vorobyev, Ivan -- MR#: 

Page 1 of 2

- knowledge level. Ivan will work with his professors on an individual basis to adjust test times to account for these events
- Ivan should be allowed access to his diabetes supplies, snacks, water and bathrooms at all times
- He should be allowed to test his blood glucose level at any time and to administer the appropriate treatment if the level is well outside of the normal range
- Ivan may be excused from physical activity if he has a note from his health care providers or his blood glucose levels are well outside of the target range – He is the best judge of whether he can participate in activity if his blood glucose level is not in the target range
- Ivan and his professors should sit down at the start of each semester to review these issues so that he may have a productive semester
- Ivan should be permitted **to take food out of the cafeteria** if he so chooses so that he has access to food at all times if needed.
- Ivan should be given the option of on campus housing and get priority registration in order to ensure he is close by dining halls and his academic class locations
- Priority class registration to ensure the scheduled class times will allow for maintaining regular Type 1 Diabetes care plan such as medication and nutrition.

Thank you for your assistance with this matter. Please contact our office with any questions or concerns.

Sincerely,

*Kate Weyman*             *William V. Tamborlane*

Kate Weyman, MSN APRN CDE     William V. Tamborlane, MD
Nurse Practitioner                      Medical Director