# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREY VOROBYEV, : | |
| As Admin. to the Estate of Ivan : | Civil No. 3:20-CV-1384 |
| Vorobyev, deceased, : | |
| : | |
| Plaintiff : | |
| : | (Magistrate Judge Carlson) |
| v. : | |
| : | |
| BLOOMSBURG UNIV. OF : | |
| PENNSYLVANIA, et al., : | |
| : | |
| Defendants : | |

## ORDER

AND NOW, this 25th day of May 2021, for the reasons outlined in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED THAT the defendants' motion to dismiss (Doc. 7) is GRANTED, and the plaintiff's complaint is dismissed without prejudice to the litigation of the plaintiff's state law tort claims in state court.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge