# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREY VOROBYEV, as Admin to the Estate of Ivan Vorobyev, deceased     Plaintiff, | : : : : | Civil No. 3:20-CV-01384 |
| v. | : : | |
| LAURA WOLFE, MSN, CRNP | : : | (Magistrate Judge Carlson) |
| Defendant. | : | |

## ORDER

AND NOW, this 31st day of October, 2022, for the reasons outlined in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED THAT the plaintiff's motion to amend his complaint (Doc. 35) is DENIED, the plaintiff's amended complaint is dismissed, and the clerk is directed to close this case.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge
